**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERRI PARKER,** <br> **Plaintiff,** <br><br> **v.** <br><br> **DEVIN ALFORD AND** <br> **JOHN DOE/JANE DOE** <br><br> **Defendants.** | : | **PHILADELPHIA COUNTY** <br> **COURT OF COMMON PLEAS** <br><br> **JULY TERM 2026** <br> **No. 1715** |

# NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

Pursuant to 28 U.S.C. § 1441, defendant, Devin Alford, (hereinafter "petitioner"), through his counsel, Dorothy Hayes, Assistant City Solicitor, respectfully petitions for the removal of this action to the United States District Court for the Eastern District of Pennsylvania. In support thereof, petitioner states the following:

1. On July 16, 2026, Plaintiff Sherri Parker[1] initiated this action against Devin Alford by Writ of Summons in the Court of Common Pleas in Philadelphia, July Term, 2026; No. 260701715. (Exhibit "A").

2. On July 16, 2026, Plaintiff filed her Complaint against Devin Alford and John Doe/Jane Doe in the Court of Common Pleas in Philadelphia, July Term, 2026; No. 260701715. (Exhibit "B").

3. In Counts I and II of the Complaint, Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 for alleged deprivations of her civil rights protected by the Constitution of the United States. (Exhibit "B").

4. 28 U.S.C. § 1331 states that "[t]he district courts shall have original jurisdiction of

[1] Plaintiff's Complaint identifies "Sherry Parker" as the plaintiff, but Plaintiff's Writ of Summons and the Philadelphia Court of Common Pleas docket name "Sherri Parker." To remain consistent with the docket entry, Defendant Alford will refer to the plaintiff as "Sherri Parker."

all civil actions arising under the Constitution, laws, or treaties of the United States."

5. The United States District Court for the Eastern District of Pennsylvania has original jurisdiction over the claims alleged by Plaintiff, pursuant to 28 U.S.C. § 1331.

6. Defendant John Doe/Jane Doe has not been served process, and so their consent is not required for this removal according to 28 U.S.C. § 1446(b)(2)(a).

7. True and correct copies of this Notice of Removal with accompanying exhibits and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached hereto as Exhibit "C," will be served upon Plaintiff and filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d).

8. In filing this Notice of Removal, the petitioner does not waive any available defenses in this action.

**WHEREFORE,** petitioner respectfully requests that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Date: September 2, 2026

*/s/ Dorothy Hayes*

Dorothy Hayes
Assistant City Solicitor
Pa. Attorney ID No. 336166
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5429
dorothy.hayes@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERRI PARKER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DEVIN ALFORD AND JOHN DOE/JANE DOE**<br><br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **PHILADELPHIA COUNTY COURT OF COMMON PLEAS**<br><br>**JULY TERM 2026**<br>**No. 1715** |

**NOTICE OF FILING OF REMOVAL**

TO: **Jason Javie**, P.C.
TWO PENN CENTER, SUITE 1815
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA PA 19102
(215)563-7642
jason@javielaw.com
*Counsel for Plaintiff*

PLEASE TAKE NOTICE THAT on September 2, 2026, the petitioning defendant, Devin Alford, filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

*s/ Dorothy Hayes*
Dorothy Hayes
Assistant City Solicitor
Pa. Attorney ID No. 336166
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5429
dorothy.hayes@phila.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERRI PARKER,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DEVIN ALFORD AND**<br>**JOHN DOE/JANE DOE**<br><br>**Defendants.** | : | **PHILADELPHIA COUNTY**<br>**COURT OF COMMON PLEAS**<br><br>**JULY TERM 2026**<br>**No. 1715** |

**CERTIFICATE OF SERVICE**

I, Dorothy Hayes, Assistant City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the plaintiff's attorney on the date indicated below via email:

TO: **Jason Javie**, P.C.
TWO PENN CENTER, SUITE 1815
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA PA 19102
(215)563-7642
jason@javielaw.com
*Counsel for Plaintiff*

*/s/ Dorothy Hayes*
Dorothy Hayes, Esq.
Assistant City Solicitor
Pa. Attorney ID No. 336166

Date: September 2, 2026

Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
JULY 2026 01715
E-Filing Number: 2607035923

| | |
|---|---|
| PLAINTIFF'S NAME<br>SHERRI PARKER | DEFENDANT'S NAME<br>DEVIN ALFORD |
| PLAINTIFF'S ADDRESS<br>1634 ALLENGROVE STREET PHILADE<br>PHILADELPHIA PA 19123 | DEFENDANT'S ADDRESS<br>C/O CITY SOLICITOR P<br>PHILADELPHIA PA 19107 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
| PLAINTIFF'S NAME | DEFENDANT'S NAME |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |

TOTAL NUMBER OF PLAINTIFFS: 1
TOTAL NUMBER OF DEFENDANTS: 1

COMMENCEMENT OF ACTION
- [x] Complaint
- [ ] Petition Action
- [ ] Notice of Appeal
- [ ] Writ of Summons
- [ ] Transfer From Other Jurisdictions

AMOUNT IN CONTROVERSY
- [x] $50,000.00 or less
- [ ] More than $50,000.00

COURT PROGRAMS
- [x] Arbitration
- [ ] Jury
- [ ] Non-Jury
- [ ] Other:
- [ ] Mass Tort
- [ ] Savings Action
- [ ] Petition
- [ ] Commerce
- [ ] Minor Court Appeal
- [ ] Statutory Appeals
- [ ] Settlement
- [ ] Minors
- [ ] W/D/Survival

CASE TYPE AND CODE
20 - PERSONAL INJURY - OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

FILED
PRO PROTHY
JUL 16 2026
S. GILLIAM

IS CASE SUBJECT TO COORDINATION ORDER?
YES NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SHERRI PARKER

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>JASON JAVIE | ADDRESS<br>JASON JAVIE, P.C.<br>TWO PENN CENTER, SUITE 1815<br>1500 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA PA 19102 |
| PHONE NUMBER (215)563-7642 — FAX NUMBER (215)563-9145 | |
| SUPREME COURT IDENTIFICATION NO.<br>309840 | E-MAIL ADDRESS<br>jason@javielaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*JASON JAVIE* | DATE SUBMITTED<br>Thursday, July 16, 2026, 12:27 am |

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 04/14/2027
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties.
There is no right to a trial denovo on appeal from a decision entered by a Judge.



# Commonwealth of Pennsylvania

COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
16 JUL 2026 12:27 am
S. GILLIAM

COURT OF COMMON PLEAS
Trial Division

Sherri Parker
1634 Allengrove Street
Philadelphia, Pennsylvania 19124

____________________TERM, 20_____

NO._________

Plaintiff(s) Name(s) & Address(es)

Devin Alford
c/o Phila Solicitor
1515 Arch Street
Phila Pa 19107

Defendant(s) Name(s) & Address(es)

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date: 7-15-26

_______________________________
*Signature of Attorney or Plaintiff(s)*

Jason Javie
Print Name

1500 JFK Blvd #900
Address

215-563-7642
Phone Number

Exhibit "B"

**JASON JAVIE, P.C.**
**Attorney at Law**
Identification No. 309840
Two Penn Center, Suite 1815
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 563-7642
(215) 563-9145 (Fax)
jason@javielaw.com

THIS IS AN ARBITRATION
**ASSESSMENT OF DAMAGES**
**REQUIRED**

Filed and Attested by the
Office of Judicial Records
16 JUL 2026 09:09 pm
C. SMITH

Attorneys for Plaintiff

| | |
|---|---|
| **SHERRY PARKER**<br>*- Plaintiff -* | **PHILADELPHIA COUNTY** |
| **vs.** | **COURT OF COMMON PLEAS**<br>**TRIAL DIVISION** |
| **DEVIN ALFORD**<br>**JOHN DOE/JANE DOE/ABC CORP.** | July Term, 2026 |
| *- Defendants -* | No. 1715 |

## CIVIL ACTION- COMPLAINT-OTHER PERSONAL INJURY-2O

**NOTICE**

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.**

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CONNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**Philadelphia Bar Association**
**Lawyer Referral and Information**
**One Reading Center**
**Philadelphia, PA 19107**
**(215) 238-1701**

**AVISO**

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

**LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SINO TIENE EL DINERO SUFICIN\ENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

**Asociacion De Licenciado De Filadelfia**
**One reading Center**
**Filadelfia, PA 19107**
**Telefono: (215) 238-1701**



Case ID: 260701715

**JASON JAVIE, P.C.**
**Attorney at Law**
Identification No. 309840
Two Penn Center, Suite 1815
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 563-7642
(215) 563-9145 (Fax)
jason@javielaw.com

THIS IS AN ARBITRATION
**ASSESSMENT OF DAMAGES REQUIRED**

Attorneys for Plaintiff

**SHERRY PARKER**
1634 Allengrove Street
Philadelphia, Pennsylvania 19124

*- Plaintiff -*

**vs.**

**DEVIN ALFORD**
c/o Philadelphia City Solicitor
1515 Arch Street, 17th Floor
Philadelphia, Pennsylvania 19102
**And**
**JOHN DOE/JANE DOE**

*- Defendants -*

**PHILADELPHIA COUNTY**

**COURT OF COMMON PLEAS**
**TRIAL DIVISION**

July Term, 2026

No. 1715

**CIVIL COMPLAINT**

1. Plaintiff, Sherry Parker, is an adult individual and resident of the City of Philadelphia living at the address in the above caption.

2. Defendant, Devin Alford, was at all relevant times and – on information and belief – still is a Philadelphia Police Officer.

3. Defendant John Doe/Jane Doe are one or more police officers who engaged in the conduct of the July 16, 2024 traffic stop at issue in the complaint but who, notwithstanding the exercise of due diligence, have yet to be identified.

4. At all relevant times, all defendants were acting under the color of state law and were acting in the course and scope of their employment.

5. At all relevant times, Defendants were acting in a manner so as to deprive

Plaintiff of her constitutional and common law rights.

6. At times, these defendants may have acted in a manner that was surprising, unauthorized or unexpected by their employer and that may have not advanced their employer's interests or business.

7. At times, these defendants may have engaged in willful misconduct.

**COUNT 1 – 42 U.S.C. § 1983**
***Sherry Parker v. Devin Alford, John Doe/Jane Doe***
**<u>Fourth Amendment; Unreasonable Search and Seizure</u>**

8. Plaintiff reincorporates all preceding paragraphs.

9. On or about July 16, 2024, Sherry Parker was lawfully operating a motor vehicle in the area of Castor Avenue and Benner Street in Philadelphia

10. Parker was not violating, had not violated, and had not attempted to violate any traffic laws, penal laws, regulatory statutes or other legislation nor was there any reason to believe otherwise.

11. Parker was not in possession of anything contraband or anything else illegal nor was there any reason to believe otherwise.

12. Parker was not armed and dangerous nor was there any reason to believe otherwise.

13. Nevertheless, on July 16, 2026 Defendant Alford and/or John Doe/Jane Doe:

a. Conducted a traffic stop and restrained Parker's freedom of movement and/or, to the extent the stop was justified at its inception, extended the reasonable scope of said stop beyond that which justified it at its inception without reasonable suspicion or probable cause**;**

b. Ordered her out of her vehicle and conducted a frisk and/or search of her person;

c. Placed her into handcuffs that were secured tightly such



Case ID: 260701715

that physical injuries were caused to her wrists;

d. Moved her against her will from one location to another;

e. Confined her in the rear of a police vehicle for an extended period of time;

f. Conducted a full search of the vehicle in which she was travelling;

g. Held her against her will for a period of time before releasing her.

14. These actions violated Ms. Parker's rights to be free from unreasonable searches and seizures guaranteed by the Fourth Amendment to the United States Constitution and made applicable to the states through the Fourteenth Amendment.

15. Some of these actions amounted to excessive force insofar as the force employed was not justified at the inception or under the circumstances of the investigation.

16. Some of these actions may have been retaliatory in nature and/or intentional and/or motivated by ill will or some other improper motive.

**Wherefore**, Plaintiff, Sherry Parker, hereby demands judgment against Defendants Devin Alford and/or John Doe/Jane Doe for compensatory damages, pain and suffering and punitive damages, in an amount not in excess of Fifty Thousand ($50,000).

**COUNT 2 – FALSE IMPRISONMENT**
***Sherry Parker v. Devin Alford, John Doe/Jane Doe***

17. Plaintiff reincorporates all preceding paragraphs.

18. On or about July 16, 2024, Sherry Parker was unlawfully imprisoned.

19. Said detention was unlawful under both the Fourth and Fourteenth Amendment and the common law of Pennsylvania.



Case ID: 260701715

20. Specifically, the detention was not supported by probable cause.

**Wherefore**, Plaintiff, Sherry Parker, hereby demands judgment against Defendants Devin Alford and/or John Doe/Jane Doe for compensatory damages, pain and suffering and punitive damages, in an amount not in excess of Fifty Thousand ($50,000).

*Respectfully submitted,*

*Dated: July 16, 2026*

*By: /s/ Jason Javie*
*JASON JAVIE*
*Attorneys for Plaintiff*

***VERIFICATION***

*I, Jason Javie, hereby state that the facts above set forth are true and correct (or are true and correct to the best of my knowledge, information and belief) and that I expect to be able to prove the same at a hearing held in this matter. I understand that the statements herein are made subject to the penalties of 18 Pa.C.S. § 4904 (relating to unsworn falsification to authorities).*

Jason Javie

*Date: July 16, 2026*



Case ID: 260701715

Exhibit "C"

CITY OF PHILADELPHIA LAW DEPARTMENT
**DOROTHY HAYES**
ASSISTANT CITY SOLICITOR
IDENTIFICATION NO. 336166
1515 ARCH STREET, 14TH FLOOR
PHILADELPHIA, PA 19102
(215) 683-5429
dorothy.hayes@phila.gov

*ATTORNEY FOR DEFENDANT ALFORD*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHERRI PARKER,** <br> **Plaintiff,** <br><br> **v.** <br><br> **DEVIN ALFORD AND** <br> **JOHN DOE/JANE DOE** <br><br> **Defendants.** | : | **PHILADELPHIA COUNTY** <br> **COURT OF COMMON PLEAS** <br><br> **JULY TERM 2026** <br> **No. 1715** |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

**To the Office of Judicial Records:**

Pursuant to 28 U.S.C. § 1446(d), Defendant, Police Officer Devin Alford (hereinafter "petitioner"), by and through the undersigned counsel, hereby gives notice that he has filed in the United States District Court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits) of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Date: September, 2, 2026

Respectfully submitted,
*/s/ Dorothy Hayes*
Dorothy Hayes, Esq.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: Philadelphia, PA

***RELATED CASE IF ANY:*** Case Number:__________________ Judge:___________________________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☑ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

***A. Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☑ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief ***see certification below***
☐ 16. All Other Federal Question Cases. *(Please specify)*:____________________

***B. Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury (*Please specify*):______________
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*______________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☑ **does not** have implications beyond the parties before the court and ☐ **does** / ☑ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☑ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Sherri Parker

**(b)** County of Residence of First Listed Plaintiff: Philadelphia, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason Javie, P.C.
Two Penn Center, Suite 1815
1500 John F. Kennedy Boulevard

**DEFENDANTS**

Devin Alford, John Doe/Jane Doe

County of Residence of First Listed Defendant: Philadelphia, PA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Dorothy Hayes
1515 Arch Street, 14th Fl
Philadelphia, PA 19102

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:
42 USC 1983

Brief description of cause:
Alleged Violation of Constitutional Rights

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P. **DEMAND $**

CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):* JUDGE ______ DOCKET NUMBER ______

DATE: September 2, 2026

SIGNATURE OF ATTORNEY OF RECORD: /s/ Dorothy Hayes

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHERRI PARKER,** | **Civil Action** |
| **v.** | |
| **DEVIN ALFORD AND JOHN DOE/JANE DOE** | **No. 260701715** |

## CASE MANAGEMENT TRACK DESIGNATION FORM

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255. ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks. ( **X** )

| | | |
|---|---|---|
| September 2, 2026 | Dorothy Hayes, Esq. | Devin Alford |
| Date | Attorney-at-law | Attorney for Defendants |
| (215) 683-5429 | (215) 683-5397 | dorothy.hayes@phila.gov |
| Telephone | FAX Number | E-mail Address |

(Civ. 660) 10/02